1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   BRIAN C. LEWIS  (DCBN 476851)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail: brian.lewis@usdoj.gov
8

9   Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 11-0329 SBA
                                       )
15          Plaintiff,                 )
                                       )    **STIPULATION AND ORDER TO**
16     v.                              )    **CONTINUE STATUS CONFERENCE**
                                       )    **AND TO EXCLUDE TIME FROM**
17  DUSTIN MICHAEL BURT,               )    **SEPTEMBER 15, 2011 TO**
                                       )    **OCTOBER 17, 2011**
18          Defendant.                 )
                                       )
19  _____ )

20          The parties agreed by stipulation, and the Court ordered, for a status conference to be

21  held on September 27, 2011, in order to allow adequate time for the defense to investigate the

22  charged offenses, collect criminal history records, and research a potential motion related to eye-

23  witness identification.  On September 14, the Court rescheduled the September 27 hearing to

24  September 30, 2011.  However, government counsel will be out of town on that date and

25  unavailable to attend the hearing.  In light of that and the defense's need for additional time to

26  effectively prepare the case, with the agreement of counsel for both parties and the defendant,

27  the parties now stipulate and ask the Court to find and hold as follows:

28          1.  The status conference set for September 30, 2011 shall be rescheduled to October 17,

    ORDER CONTINUING HR'G AND EXCLUDING TIME
    CR 11-0329 SBA

2011 at 10:00 a.m.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 15, 2011 to October 17, 2011. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to continue to conduct investigation and research in the case, and would deny the government continuity of counsel.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 15, 2011 to October 17, 2011, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from September 15, 2011 to October 17, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


IT IS SO STIPULATED.


DATED: September 15, 2011 _____/s/_____
ANGELA HANSEN
Counsel for Dustin Michael Burt


DATED: September 15, 2011 _____/s/_____
BRIAN C. LEWIS
Assistant United States Attorney


IT IS SO ORDERED.


DATED: 9/15/11 ___Saundra B Armstrong___
SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 11-0329 SBA                    -2-