MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LATRICIA DASHAEN WILLIAMS, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) <br> ) | No. CR 11-0329 SBA <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR DEFENDANT WILLIAMS AND TO EXCLUDE TIME FROM DECEMBER 5, 2011 TO DECEMBER 9, 2011** |

     Defendant Latricia Williams made her initial appearance before this Court on October 13, 2011. At that hearing the parties set the matter for a status conference on December 5, 2011. The parties now anticipate that the defendant will changer her plea at the next appearance. In light of that, with the agreement of counsel and defendant Williams, the undersigned parties now stipulate and ask the Court to find and hold as follows:

     1. The status conference set for December 5, 2011 is rescheduled to December 9, 2011 at 10:00 a.m for a change of plea.

     2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

ORDER CONTINUING HR'G FOR DEF. WILLIAMS AND EXCLUDING TIME
CR 11-0329 SBA

§ 3161, from December 5, 2011 to December 9, 2011. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to continue to review the discovery with the defendant.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 5, 2011 to December 9, 2011 outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from December 5, 2011 to December 9, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 2, 2011

/s/
CAMELLIA BARAY
Counsel for Latricia Dashaen Williams

DATED: December 2, 2011

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _12/5/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge