Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Latricia Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00329 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS |
| v. | |
| LATRICIA WILLIAMS et al., | |
| Defendants. | |

On October 7, 2011, the Court released Ms. Williams from custody and included, as a condition of release, an order that she wear an electronic monitor. At that time, the Court stated that the subject of electronic monitoring could be reviewed after 30 days.

Ms. Williams has now been on electronic monitoring for 60 days and has complied with her obligations while on pretrial release.

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR-11-00329 - SBA

1

Counsel for Ms. Williams and the Pretrial Services Officer supervising Ms. Williams, Richelle Bracamonte, have agreed to the termination of electronic monitoring for Ms. Williams, and therefore respectfully request that the electronic monitor be removed from Ms. Williams forthwith. I have consulted with the Assistant U.S. Attorney assigned to this case, and the government does not object to this request.

SO STIPULATED.

Dated: December 7, 2011      ____/S/_____
Brian Lewis
Assistant United States Attorney

Dated: December 7, 2011      ____/S/_____
Camellia Baray
Attorney for Ms. Williams

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR-11-00329 - SBA

2

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the pretrial release conditions of Ms. Williams be modified to delete the requirement that she be subject to electronic or voice track monitoring.

IT IS SO ORDERED.

DATED: December 8, 2011

LAUREL BEELER
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR-11-00329 - SBA

3