1 GEOFFREY A. HANSEN
Acting Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant BURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00329 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 5, 2012 FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | ) | |
| DUSTIN MICHAEL BURT, | ) | |
| Defendant. | ) | Hearing Date: May 18, 2012<br>Time: 10:00 a.m. |

The above-captioned matter is set on May 18, 2012 before this Court for judgment, plea and sentencing. The parties jointly request that the Court continue the matter to June 5, 2012 at 10:00 a.m. for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and June 5, 2012.

The parties reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement and previously submitted that agreement to the Court. The parties requested that the Court take the parties' proposed plea agreement under submission and that the Court refer this matter to the United States Probation Office for a full pre-sentence investigation. The report is almost complete. The parties request this continuance to give the parties and probation office sufficient time to prepare this matter for sentencing.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00329 SBA

1     The parties agree that time should continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the Government. A copy of the plea agreement was previously submitted to the Court.

DATED: April 20, 2012

/s/
_____
BRIAN LEWIS
Assistant United States Attorney

DATED: April 20, 2012

/s/
_____
ANGELA M. HANSEN
Assistant Federal Public Defender


| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby |
| 3 | FINDS: |
| 4 | 1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have |
| 5 | submitted that agreement to the Court for consideration; |
| 6 | 2. Given that Mr. Burt has signed a consent to institute a pre-sentence investigation |
| 7 | and to disclose the report before his plea of guilty; |
| 8 | 3. Given that the Court has ordered a full Presentence Investigation Report and has |
| 9 | taken the proposed plea agreement under submission until sentencing; and |
| 10 | 4. Given that the parties and probation office need more time to prepare this matter |
| 11 | for sentencing. |
| 12 | Based on these findings, IT IS HEREBY ORDERED that the hearing on May 18, 2012, |
| 13 | scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this |
| 14 | matter is reset to June 5, 2012, at 10:00 a.m., for judgment, plea and sentencing. |
| 15 | IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. |
| 16 | § 3161(h)(1)(G), from the date of this Stipulation to June 5, 2012, based on the Court's |
| 17 | consideration of the proposed plea agreement to be entered into by the defendant and the |
| 18 | attorney for the government. |
| 20 | April 23, 2012       _____ |
| 21 | HON. SAUNDRA BROWN ARMSTRONG<br>United States District Judge |