```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  BRIAN C. LEWIS (DCBN 476851)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, CA 94612
       Telephone: (510) 637-3680
 7     Facsimile: (510) 637-3724
       E-Mail: brian.lewis@usdoj.gov
 8
 9  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-0329 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE SENTENCING TO JULY 17, 2012** |
| LATRICIA DASHAEN WILLIAMS, | ) |
| Defendant. | ) |

The defendant, Latricia Dashaen Williams, pled guilty to a superseding information on March 5, 2012, and is scheduled to be sentenced by this Court on June 19, 2012. Counsel for the government now is scheduled to be in trial the week of June 18, and will be unavailable for sentencing on June 19. For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

1. This matter shall be set for sentencing before this Court on July 17, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

ORDER CONTINUING SENTENCING DATE
CR 11-0329 SBA

DATED: May 24, 2012  /s/
CAMELLIA BARRAY
Counsel for Latricia Dashaen Williams

DATED: May 24, 2012  /s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/25/12  *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge