MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUSTIN MICHAEL BURT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 11-0329-01 SBA <br><br> **ORDER REGARDING UNOPPOSED MOTION TO CORRECT SENTENCE PURSUANT TO RULE 35(a)** |

**ORDER**

The government's unopposed Rule 35 motion is granted and the defendant's sentence is amended as follows: Dustin Michael Burt shall pay restitution in the amount of $5, 654 to Metro 1 Credit Union and $18,900 to Chase Bank. Further, the offense conduct to which the defendant pled guilty ended February 24, 2011.

IT IS SO ORDERED.

DATED: 8/17/12

                                           *Saundra B Armstrong*
                                           SAUNDRA B. ARMSTRONG
                                           United States District Judge